Case Name: AQUILINA, THOMAS J.
                    AQUILINA, CLAUDIA L.
Case No:      07-70381

## <u>CERTIFICATION OF REVIEW</u>

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: August 28, 2008                    WILLIAM T. NEARY
                                          United States Trustee, Region 11

                              BY:    _Carole J. Ryczek_____
                                     CAROLE J. RYCZEK
                                     Attorney for the U.S. Trustee