UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| IN RE:<br>AQUILINA, THOMAS J<br>AQUILINA, CLAUDIA L.<br><br>Social Security/Employer Tax ID Number:<br>xxx-xx-7344  35-6789395<br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 07-70381 MB<br><br>HONORABLE  MANUEL BARBOSA |
|---|---|

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **SEPTEMBER 29, 2008** at 9:30a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 850.00 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 2,044.84 | |

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 2 9 2008
KENNETH S. GARDNER, CLERK
BY_____
DEPUTY CLERK

| JOSEPH D. OLSEN | 0.00 | 39.54 |

Trustee

4. The Trustee's Final Report shows total:

    a.    Receipts    $ <u>12,948.38</u>

    b.    Disbursements    $ <u>0.00</u>

    c.    Net Cash Available for Distribution    $ <u>12,948.38</u>

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $10,014.00, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $174,755.31.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

<u>    8/20/08    </u>                        <u>s/s Joseph D. Olsen    </u>

DATE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3            User: jshores              Page 1 of 2            Date Rcvd: Aug 29, 2008
Case: 07-70381                  Form ID: pdf002            Total Served: 43


The following entities were served by first class mail on Aug 31, 2008.
db           +Thomas J Aquilina,    6708 Rhode Island Trail,    Crystal Lake, IL 60012-3120
jdb          +Claudia L. Aquilina,    6708 Rhode Island Trail,    Crystal Lake, IL 60012-3120
aty          +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty          +Richard T Jones,    138 Cass Street,    Woodstock, IL 60098-3254
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
11195949      Advanta Bank Corp.,    Post Office Box 30715,    Salt Lake City, UT 84130-0715
11195948     +Advanta Bank Corp.,    c/o Litigation Dept.,    Post Office Box 844,    Spring House, PA 19477-0844
11195950      America On Line,    c/o Allied Interstate,    300 Corporate Exchange Dr.,    Columbus, OH 43231
11195954     +American Express,    c/o NCO Financial,    200 Vesey Street, 44th Flo,    New York, NY 10285-0002
11195952     +American Express,    c/o Nationwide Credit,    2015 Vaughn Rd., #400,    Kennesaw, GA 30144-7802
11195953     +American Express,    c/o NCO Financial,    200 Vesey Street, 44th Fl.,    New York, NY 10285-0002
11195955      American Express,    Customer Service,    Post Office Box 7863,    Ft. Lauderdale, FL 33329-7863
11469815      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11469813      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11469811      American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701
11195957      Bank of America,    Recovery Department,    Post Office Box 2278,    Norfolk, VA 23501-2278
11195956     +Bank of America,    c/o Collect Loan,    455 N. 3rd Street, #260,    Phoenix, AZ 85004-3937
11195960     +CB USA Sears,    Post Office Box 6189,    Sioux Falls, SD 57117-6189
11195959      Capital One,    c/o OSI Collection Serv.,    Post Office Box 922,    Brookfield, WI 53008-0922
11195958      Capital One,    1957 Westmoreland Road,    Post Office Box 26094,    Richmond, VA 23260-6094
11460654      Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle, WA 981243978
11195964      Chase Card Service,    Post Office Box 15129,    Wilmington, DE 19850-5129
11195962     +Chase Card Service,    c/o Phillip & Cohen,    258 Chapman Rd.,    Newark, DE 19702-5445
11195961     +Chase Card Service,    c/o Encore Receivable Mgmt,    400 N. Rogers Rd.,    Olathe, KS 66062-1212
11195963     +Chase Card Service,    c/o Phillips & Cohen Assoc,    258 Chapman Rd., #205,    Newark DE 19702-5444
11195966      Citibank,    Post Office Box 45220,    Jacksonville, FL 32232-5220
11195965     +Citibank,    c/o United Recovery Systems,    Post Office Box 722910,    Houston, TX 77272-2910
11195967      Countrywide Home Loans,    Attn: Bankruptcy Dept.,    Post Office Box 5170,
               Simi Valley, CA 93062-5170
11590770     +Federal Financial Corp of America,    30955 Northwestern Highway,
               Farmington Hills, MI 48334-2580
11195969      GMAC,    Post Office Box 217060,    Auburn Hills, MI 48321-7060
11598605     +HFC,    P O Box 9618,    Virginia Beach, VA 23450-9618
11195971      Household Finance,    Post Office Box 17574,    Baltimore, MD 21297-1574
11195972     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,    230 South Dearborn Street,    STOP 5013-CHI,
               Chicago, Illinois 60604)
11195973     +McHenry County Collector,    2200 North Seminary Avenue,    Woodstock, IL 60098-2698
11195974     +Sears,    c/o Creditor Interchange,    Post Office box 1335,    Buffalo, NY 14240-1335
11195975      Target National Bank,    Post Office Box 59317,    Minneapolis, MN 55459-0317
11439408      Target National Bank,    c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle, WA 981243978

The following entities were served by electronic transmission on Aug 30, 2008.
11195951      Fax: 703-433-7292 Aug 30 2008 03:06:58     America On Line,    GPO,    Post Office Box 29593,
               New York, NY 10087-9593
11195968      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 30 2008 03:27:07      Discover Financial Services,
               Post Office Box 8003,    Hilliard, Ohio 43026
11435473      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 30 2008 03:27:07
               Discover Bank/Discover Financial Services,    Po Box 3025,    New Albany, OH 43054-3025
11195970     +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2008 03:25:42     Home Depot,
               Monogram Credit Card Bk of GA,    7840 Roswell Rd., Bldg. 100, #210,
               Atlanta, Georgia 30350-6877
11588396      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,     assignee of Citi,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
11588397      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,     assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: jshores            Page 2 of 2           Date Rcvd: Aug 29, 2008
Case: 07-70381                Form ID: pdf002         Total Served: 43
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 31, 2008**                    **Signature:**      *Joseph Speetjens*