**JPMorganChase**

October 01, 2008 through October 31, 2008

Primary Account: **000312177563565**

ACCOUNT # 000312177563566
AQUILINA THOMAS J
07-70381

**IMAGES**



007880566984 OCT 28 #0000000101 $850.00





007880566984 OCT 28 #0000000101 $850.00



007880566985 OCT 28 #0000000102 $2,044.84



007880566985 OCT 28 #0000000102 $2,044.84

Exhibit "A"

**JPMorganChase**

October 01, 2008 through October 31, 2008
Primary Account: **000312177563565**

ACCOUNT # 000312177563566
AQUILINA THOMAS J
07-70381




007880566986 OCT 28 #0000000103 $39.54



007880566986 OCT 28 #0000000103 $39.54



008180578254 OCT 22 #0000000104 $855.24



008180578254 OCT 22 #0000000104 $855.24

Page 5 of 11

**JPMorganChase**

October 01, 2008 through October 31, 2008

Primary Account: **000312177563565**

ACCOUNT # 000312177563566
AQUILINA THOMAS J
07-70381





005480539905 OCT 21 #0000000105 $284.93

005480539905 OCT 21 #0000000105 $284.93




005480539927 OCT 21 #0000000106 $1,758.38

005480539927 OCT 21 #0000000106 $1,758.38

**JPMorganChase**

October 01, 2008 through October 31, 2008
Primary Account: **000312177563565**

ACCOUNT # 000312177563566
AQUILINA THOMAS J
07-70381




005480539928 OCT 21 #0000000107 $766.44



005480539928 OCT 21 #0000000107 $766.44



005480539929 OCT 21 #0000000108 $1,083.70




005480539929 OCT 21 #0000000108 $1,083.70

**JPMorganChase**

October 01, 2008 through October 31, 2008
Primary Account: **000312177563565**

ACCOUNT # 000312177563566
AQUILINA THOMAS J
07-70381




005480539904 OCT 21 #0000000109 $625.39



005480539904 OCT 21 #0000000109 $625.39



007880080930 OCT 22 #0000000110 $49.64



007880080930 OCT 22 #0000000110 $49.64

**JPMorganChase**

October 01, 2008 through October 31, 2008
Primary Account: **000312177563565**

ACCOUNT # 000312177563566
AQUILINA THOMAS J
07-70381



007880082375 OCT 22 #0000000111 $1,317.13



007880082375 OCT 22 #0000000111 $1,317.13



007880082360 OCT 22 #0000000112 $736.37



007880082360 OCT 22 #0000000112 $736.37



Page 9 of 11

**JPMorganChase**

October 01, 2008 through October 31, 2008
Primary Account: **000312177563565**

ACCOUNT # 000312177563566
AQUILINA THOMAS J
07-70381



105280934364 OCT 23 #0000000113 $469.14



105280934364 OCT 23 #0000000113 $469.14



005280934365 OCT 23 #0000000114 $381.81



005280934365 OCT 23 #0000000114 $381.81



**JPMorganChase**

October 01, 2008 through October 31, 2008

Primary Account: **000312177563565**

ACCOUNT # 000312177563566
AQUILINA THOMAS J
07-70381




003080183506 OCT 21 #0000000115 $1,630.00



003080183506 OCT 21 #0000000115 $1,630.00



005180273237 OCT 23 #0000000116 $59.06



005180273237 OCT 23 #0000000116 $59.06

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

October 01, 2008 through October 31, 2008
Primary Account: **000312177563565**

**CUSTOMER SERVICE INFORMATION**

Service Center: 1-800-634-5273



00016560 DBI 802 24 30808 - NNNNN  1  000000000 60 0000
07-70381 AQUILINA THOMAS J
AQUILINA CLAUDIA L DEBTOR
330400 JOSEPH OLSEN TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| Checking | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|
| Bankruptcy Business Checking 000312177563566 | 0.00 | 0.00 |
| **Total** | **$0.00** | **$0.00** |
| **Savings** | | |
| Bankruptcy Business Money Market 000312177563565 | $12,950.97 | $0.00 |
| **Total** | **$12,950.97** | **$0.00** |
| **TOTAL ASSETS** | **$12,950.97** | **$0.00** |

**All Summary Balances** shown are as of October 31, 2008 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Exhibit "B"